UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

CHRISTOPHER BOWDEN,

    Plaintiff,

v.                                                         Case No. 3:23cv9401-LC-HTC

C.W. CATTNACH, et al.,

    Defendants.

_____/

## **ORDER**

The magistrate judge issued an Order and Report and Recommendation on September 25, 2023, (ECF No. 34), recommending that Defendants' partial motion to dismiss, ECF Doc. 31, be GRANTED IN PART AND DENIED IN PART. Plaintiff was furnished a copy of the Report and Recommendation and afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1).

Having considered the Report and Recommendation and conducted a *de novo* review of the timely filed objections thereto, I have determined the Report and Recommendation should be adopted.

Accordingly, it is **ORDERED**:

1.     The magistrate judge's Report and Recommendation (ECF No. 34) is adopted and incorporated by reference in this order.

2. That Defendants' partial motion to dismiss, ECF Doc. 31, is GRANTED IN PART AND DENIED IN PART.  Specifically, the motion is GRANTED as to Plaintiff's claims against Defendants in their official capacity, Plaintiff's Fifth Amendment and Fourteenth Amendment claims, Plaintiff's claims based on Defendants' violations of the Florida Administrative Code or other regulations, Plaintiff's claim for declaratory relief, and Plaintiff's claim for injunctive relief.  The motion is DENIED as to Plaintiff's claim for punitive damages.

3. This matter is referred to the magistrate judge for further proceedings.

**DONE AND ORDERED** this 29th day of November, 2023.

*s/L.A. Collier*
**LACEY A. COLLIER**
**SENIOR UNITED STATES DISTRICT JUDGE**

Case No. 3:23cv9401-LC-HTC